STATE of Missouri,
Plaintiff–Respondent,

v.

Charles BURKS a/k/a Vernon Burks,
Defendant–Appellant.

No. 53492.

Missouri Court of Appeals,
Eastern District,
Division One.

June 21, 1988.

Frank A. Anzalone, Clayton, for defendant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction of attempted stealing $150 or more and his sentence as a persistent offender to two years' imprisonment. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).